### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-07-509 |
| | § | |
| | § | |
| DELIS YUVINE REYES | § | |

## O R D E R

The defendant's  unopposed motion for extension of time to file objections to the presentence report and continue the sentencing date, (Docket Entry No. 58), is granted. Defense counsel has until March 13, 2009 to file objections to the presentence report. The sentencing is rescheduled for **March 24, at 9:30 a.m.**

SIGNED on January 6, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge